_____

No. 96-1284MN
_____

John Louis Johnson,                    *
                                       *
            Appellant,                 *    Appeal from the United States
                                       *    District Court for the District
     v.                                *    of Minnesota.
                                       *
Frank W. Wood,                         *    [UNPUBLISHED]
                                       *
            Appellee.                  *
_____

Submitted:  August 7, 1996

Filed:  August 12, 1996
_____

Before McMILLIAN, FAGG, and BOWMAN, Circuit Judges.
_____

PER CURIAM.

      John Louis Johnson appeals the district court's order dismissing
Johnson's 28 U.S.C. § 2254 petition.  After careful review of the record,
we affirm for the reasons stated in the district court's thorough opinion.
See 8th Cir. R. 47B.

      Appointed counsel's motion to withdraw is granted.

      A true copy.

            Attest:


            CLERK, U.S. COURT OF APPEALS, EIGHTH CIRCUIT.